FORM L144
Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to File
Financial Management Course Certificate (Official Form 23) (v.4.10)

10-24566 - B - 7

|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**5/25/10**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |

# NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE (OFFICIAL FORM 23)

Case Number:    10-24566 - B - 7

Debtor Name(s) and Address(es):

Kenneth Emil Valle
764 Greentree Cir
Fairfield, CA 94534

Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 7 case without entry of discharge if Official Form 23, *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management*, is not filed by the debtor(s) within 45 days after the date first set for the meeting of creditors, and the case is otherwise eligible for closing. 45 days after the date first set for the meeting of creditors in this case have now passed and Official Form 23 has not been filed by the debtor(s).

**NOTICE IS HEREBY GIVEN THAT** if this case is eligible for closing, then it will be closed without entry of a discharge 30 days from the date of this notice unless, prior to that time, Official Form 23, *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management*, or a motion for extension of time to file Official Form 23, has been filed **with the Clerk at the address shown above**. If this case is not eligible for closing within 30 days, then it will be closed without further notice and without entry of discharge when it becomes eligible for closing unless, prior to that time, Official Form 23, or a motion for extension of time to file Official Form 23, has been filed **with the Clerk at the address shown above**. Once the case is closed without entry of a discharge, obtaining a discharge will require a motion to reopen the case and payment of a reopening fee (currently $260.00 in a chapter 7 case), together with the filing of Official Form 23.

**Official Form 23 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated:  5/25/10                                        Richard G. Heltzel
                                                       Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re

Kenneth Emil Valle
764 Greentree Cir
Fairfield, CA 94534

Debtor(s).

Case Number

10-24566 - B - 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Every individual debtor in a chapter 7 case, a chapter 11 case in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. Complete **one** of the following statements and file with the Clerk of Court at the address shown on the reverse by the deadline stated below.

If a joint petition is filed, each spouse must complete and file a separate certification. Therefore, joint debtors may wish to photocopy this form before completing it.

☐ I, _____, the debtor/joint debtor in the above-styled case, hereby certify
(Printed name of debtor or joint debtor)
that on _____ (date) I completed an instructional course in personal financial

management provided by _____, an approved personal
(Name of Provider)
financial management provider.

Certificate No. (if any): _____

- OR -

☐ I, _____, the debtor/joint debtor in the above-styled case, hereby certify
(Printed name of debtor or joint debtor)
that no personal financial management course is required because of [*check the appropriate box*]:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States Trustee (or Bankruptcy Administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: _____ Signature of Debtor or Joint Debtor: _____

**Instructions**: Use this form only to certify whether you completed a course in personal financial management. (See Fed. R. Bankr. P. 1007(b)(7).) DO NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do not include with the petition when filing your case.

**Filing Deadlines**: In a chapter 7 case, file with the Clerk of Court within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file with the Clerk of Court no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)