

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/16/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

msts

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:   10-24566 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Kenneth Emil Valle
xxx-xx-3767

764 Greentree Cir
Fairfield, CA 94534

**NOTICE IS HEREBY GIVEN THAT:**

An order discharging the Order to Show Cause was entered on the docket in this case on June 16, 2010 . The document number and docket text for this order are set forth below.

   [40] - Civil Minute Order Discharging [30] Order to Show Cause - Failure to Attend 341 Meeting (msts)

This case will remain pending.

Dated:
6/16/10

For the Court,
Richard G. Heltzel , Clerk